**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:    Ignacio Martin Gonzalez **v.** The State of Texas

Appellate case number:    01-13-00901-CR; 01-13-00902-CR; 01-13-00903-CR

Trial court case number:  1377914

Trial court:             184th District Court of Harris County

Date motion filed:       January 12, 2015

Party filing motion:     Ignacio Martin Gonzalez

It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**

Judge's signature: /s/ Harvey Brown
                         ☐ Acting individually    ☒ Acting for the Court

Panel consists of: Justices Massengale, Brown, and Huddle

Date: January 29, 2015